# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ZOLL MEDICAL CORPORATION AND FISH & RICHARDSON P.C., <br><br> Defendant. | CIVIL ACTION NO.  1:14-mc-91121 |

## PHILIPS'S MOTION TO COMPEL

Plaintiffs, Koninklijke Philips N.V. and Philips Electronics North America Corporation (collectively, "Philips"), hereby move to compel the production of documents and privilege logs pursuant to third-party subpoenas served on Zoll Medical Corporation and Fish & Richardson P.C. in the case captioned, *Koninklijke Philips N.V. v. Zoll Lifecor Corp.*, No. 2:12-cv-1369-NBF (W.D. Pa.).  The reasons for the motion are fully set forth in the accompanying memorandum.

Philips respectfully requests an order from this Court compelling Zoll Medical and Fish & Richardson to comply with Philips's subpoenas by May 23, 2014.


Dated: May 2, 2014                    Respectfully submitted,

/s/ Denise W. DeFranco
Denise W. DeFranco
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Seaport Lane
Boston, MA 02210-2001
E-mail address:  denise.defranco@finnegan.com
Telephone: (617) 646-1600
Facsimile:  (617) 646-1666

Robert K. Shaffer
J. Michael Jakes
David K. Mroz
Susan Tull
Scott A. Allen
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
E-mail address:  robert.shaffer@finnegan.com
E-mail address:  mike.jakes@finnegan.com
E-mail address:  dave.mroz@finnegan.com
E-mail address:  susan.tull@finnegan.com
E-mail address:  scott.allen@finnegan.com
Telephone: (202) 408-4000
Facsimile:  (202) 408-4400

**Attorneys for**
KONINKLIJKE PHILIPS N.V. and
PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

**CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically filed with the Court this 2nd day of May, 2014. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Denise W. DeFranco
Denise W. DeFranco
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Two Seaport Lane
Boston, MA 02210-2001
E-mail address: denise.defranco@finnegan.com
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

**Attorney for**
KONINKLIJKE PHILIPS N.V. and
PHILIPS ELECTRONICS NORTH AMERICA
CORPORATION